No. 72–465. LANCE ROOFING CO., INC., ET AL. *v.* HODGSON, SECRETARY OF LABOR, ET AL. Affirmed on appeal from D. C. N. D. Ga. MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument. 

No. 72–466. FRANK IREY, JR., INC. *v.* HODGSON, SECRETARY OF LABOR, ET AL. Affirmed on appeal from D. C. N. D. W. Va. MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument. 

No. 72–610. ACE DORAN HAULING & RIGGING CO. ET AL. *v.* INTERSTATE COMMERCE COMMISSION. Affirmed on appeal from D. C. W. D. Pa. MR. JUSTICE DOUGLAS dissents from the affirmance. 

No. 72–615. GLENOVICH ET AL. *v.* NOERENBERG, COMMISSIONER OF FISH AND GAME, ET AL. Affirmed on appeal from D. C. Alaska. 

No. 72–618. AMERICAN PARTY OF FLORIDA ET AL. *v.* ASKEW, GOVERNOR OF FLORIDA, ET AL. Affirmed on appeal from D. C. N. D. Fla.

No. 72–650. STERRETT, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* GAITHER ET AL. Appeal from D. C. N. D. Ind. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed. 

No. 71–6689. CLARK *v.* PAYNE. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereupon the appeal was taken as a petition for writ of certiorari, certiorari denied.